# LEVIN & ASSOCIATES, PLLC

DUNCAN LEVIN, ESQ.
DLEVIN@LEVINPLLC.COM
(212) 330-7626

44 COURT STREET, SUITE 905
BROOKLYN, NEW YORK 11201
LEVINPLLC.COM

September 15, 2023

Hon. John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Sharipov*,
23-Crim.-245 (JPC)

Dear Judge Cronan:

This Firm represents Odil Sharipov. Mr. Sharipov is currently permitted to travel throughout several states to and from his home in Pennsylvania and the Eastern and Southern Districts of New York. As the Court is aware, Mr. Sharipov is a truck driver and is the sole breadwinner for his wife and three young children (ages one, three, and eight), and his work requires him to drive his delivery truck across the country to California on a nearly weekly basis.

At the Court's request, the undersigned contacted Mr. Sharipov's pre-trial services officer, Jimmy Gedeus, who stated that U.S. Pretrial Services has no objection to changing the conditions of Mr. Sharipov's pre-trial release to permit him to travel to and from California for the purposes of work, given that Mr. Sharipov shares a detailed itinerary in advance with the government. We have provided an itinerary of one upcoming trip to the government and will provide future ones as well. Assistant U.S. Attorney Sam Raymond has agreed to consent to this for an initial three-week period of time, after which time we will discuss a potential permanent modification.

Given the government's consent, we respectfully ask the Court at this time to temporarily modify Mr. Sharipov's conditions of pre-trial release to allow him to travel to and from California for the purpose of work, until October 6, 2023.

The request is granted. Defendant may travel to and from California for work purposes until October 6, 2023, provided that he provide Pretrial Services and the government with a detailed itinerary in advance of each trip. The Clerk of Court is respectfully directed to close Docket Numbers 15 and 16.

SO ORDERED.
September 19, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

By:  /s/ Duncan Levin
Duncan Levin
Levin & Associates, PLLC
44 Court Street, Suite 905
Brooklyn, NY 11201