UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
:
     -v-                                           :        23 Cr. 245 (JPC)
:
:                  ORDER
ODIL SHARIPOV,                                     :
:
                    Defendant.                     :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 11, 2023, the Court accepted Defendant Odil Sharpiov's guilty plea on Count One of the Indictment, Dkt. 2. *See* Dkt. 20 (transcript of plea hearing). At that hearing, Mr. Sharipov's counsel requested an opportunity to confer with the Government on their proposed consent preliminary order of forfeiture and money judgment before its entry, and the Government agreed to the request. *Id.* at 19:1-16. Accordingly, the Court refrained from entering a preliminary forfeiture order, and instead directed the parties to confer and submit a status letter to the Court by October 25, 2023. *Id.* at 19:17-22. To date, the docket does not reflect the parties' submission of that status letter. The parties are thus directed to file a joint letter with any updates on their discussions regarding a proposed consent forfeiture order by January 5, 2024.

SO ORDERED.

Dated: January 2, 2024
       New York, New York                             _____
                                                             JOHN P. CRONAN
                                                        United States District Judge